IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-21154
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                              Plaintiff-Appellee,

versus

BUSARI DANIAN, a/k/a Ubong Okon Mbatt,

                                              Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-92-CR-283-9
- - - - - - - - - -
February 12, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Busari Danian has filed a brief
as required by <u>Anders v. California</u>, 386 U.S. 738 (1967), and we
have independently reviewed counsel's brief, the points raised by
Danian in response to that brief, and the record, and found no
nonfrivolous issue.  Accordingly, counsel is excused from further
responsibilities herein and the APPEAL IS DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.